DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TERRY BRADLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2023-1878
_____

June 5, 2024

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco,
Judge.

Terry Bradley, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Hurley,
Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.